# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-1570

_____

Justin L. Jones

*Plaintiff - Appellant*

v.

Raylina Ramsey, Classification Officer, Grimes Unit

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville

_____

Submitted: November 10, 2016
Filed: November 16, 2016
[Unpublished]

_____

Before MURPHY, COLLOTON and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Justin Jones appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon *de novo* review, we find no error in the district court's decision. *See Murchison v. Rogers*, 779 F.3d 882, 886-87 (8th Cir. 2015) (viewing summary judgment record in light most favorable to non-movant, and drawing all reasonable inferences from it in his favor).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).